Mark E. **HAMMETT,** Plaintiff–Appellant

v.

George **LOMBARDI;** Mike **Kemna;** Dave **Dormire;** Bill **Galloway;** Donna **Cayer;** Kelly **Morriss;** Valerie **Campbell,** Defendants–Appellees.

No. 12–2068.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 4, 2013.

Filed: Feb. 4, 2013.

Mark E. Hammett, Jefferson City, MO, pro se.

Joanna L.W. Trachtenberg, Asst. Atty. Gen., Jefferson City, MO (Chris Koster, Atty. Gen., on the brief), for appellees.

Before MURPHY, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

Missouri inmate Mark Hammett appeals the district court's[1] dismissal, without prejudice, of his 42 U.S.C. § 1983 action for failure to exhaust administrative remedies. Given that Hammett submitted with his complaint a prison official's June 2010 Appeal Response denying Hammett's administrative appeal because he did not timely commence the grievance process, we conclude that dismissal was warranted. *See* 42 U.S.C. § 1997e(a) (exhaustion of

---

1. The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for the Western District of Missouri.

administrative remedies must precede prisoner's filing of suit); *Woodford v. Ngo,* 548 U.S. 81, 90–91, 126 S.Ct. 2378, 165 L.Ed.2d 368 (2006) (proper exhaustion demands compliance with agency's deadlines and other critical rules). Accordingly, we affirm. *See* 8th Cir. R. 47B.

